UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:17-CR-86-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEROY EDWARD DINKINS, III | ORDER |

On motion of the Defendant, Leroy Edward Dinkins, III, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry 186 be sealed by this Court.

Accordingly, it is ORDERED that Docket Entry 186 be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This the 8th day of January 2018.

_____
The Honorable Malcolm J. Howard
Senior United States District Judge

-1-