UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Leroy Edward Dinkins III**   Docket No. 7:17-CR-86-2H

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leroy Edward Dinkins III, who, upon an earlier plea of guilty to Conspiracy to Possess with the Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(C) and 21 U.S.C. § 851, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 10, 2018, to the custody of the Bureau of Prisons for a term of 65 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 72 months.

Leroy Edward Dinkins III was released from custody on May 29, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 29, 2020, this officer met with Dinkins' wife, Tina Tyler, who reported that an altercation occurred at her residence a few days prior. She reported that during this incident the defendant pushed her down and threatened to kill her multiple times before leaving the residence. Ms. Tyler did not wish to pursue criminal charges against the defendant, stating that she just wanted him out of her life. This officer spoke with Dinkins about this incident and while he did not admit to the violation conduct as outlined by Ms. Tyler, he did agree that their relationship has become toxic and it is in his best interest to have no further contact with her.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall have no direct or indirect contact, at any time and for any reason, with Tina Tyler unless provided with specific, written authorization in advance by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake | /s/ Kristyn Super |
| David W. Leake | Kristyn Super |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-346-5104 |
| | Executed On: July 8, 2020 |

**Leroy Edward Dinkins III**
**Docket No. 7:17-CR-86-2H**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___9th___ day of _____July_____, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge