UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Leroy Edward Dinkins III**                                 **Docket No. 7:17-CR-86-2H**

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leroy Edward Dinkins, III, who, upon an earlier plea of guilty to Conspiracy to Possess with the Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(C) and 21 U.S.C. § 851 , was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 10, 2018, to the custody of the Bureau of Prisons for a term of 65 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 72 months.

Leroy Edward Dinkins III was released from custody on May 29, 2020, at which time the term of supervised release commenced.

On July 9, 2020, a Petition for Action on Supervised Release was submitted to the court reporting an altercation between the defendant and his wife. At her request, the conditions of supervision were modified to include the condition that the defendant have no contact with her for any reason.

On September 1, 2020, a Violation Report was submitted to the court reporting that the defendant was charged with Driving While License Revoked: Not Impaired Revocation and Drive/Allow Movement Without Registration by the Jacksonville Police Department (20CR707909 & 20CR707910). At that time, the defendant was verbally reprimanded for his actions and supervision was permitted to continue.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 19, 2020, the defendant was charged with Driving While License Revoked by the Jacksonville Police Department (20CR712653). The defendant admitted to the violation conduct and notified this officer of the citation within the required amount of time. He understands that continued violation conduct will not be tolerated, and this officer is working with him to find alternative means of transportation.

Additionally, this officer met with the defendant's wife, Tina Tyler, on January 7, 2021. She reported that she wishes for them to reconcile and provided this officer with a written statement requesting that the court lift the order dated July 9, 2020, wherein the court modified the conditions of supervision to include the condition that they have no contact. In her letter she states that they have been together for more than 30 years and that she would appreciate a chance for them to stay together and continue to grow.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified and the condition stating that the defendant have no direct or indirect contact with Tina Tyler be removed.

Except as herein modified, the judgment shall remain in full force and effect.

**Leroy Edward Dinkins III**
**Docket No. 7:17-CR-86-2H**
**Petition For Action**
**Page 2**

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: January 12, 2021

## ORDER OF THE COURT

Considered and ordered this __15th__ day of __January__, 2021, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge